AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
DEC - 2 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Christopher David Schroeder | ) | Case No. 4:15 MJ 7329 SPM |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  11/8/2015 to 12/1/2015  in the county of  Warren County  in the Eastern District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:2251(a); and 18:2423(a) and 18:2 | Production of Child Pornography and Transportation of a Minor with Intent to Engage in Criminal Sexual Activity |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

S.A. John Mark Burbridge

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/02/2015

*Judge's signature*

City and state:  St. Louis, Missouri   Honorable Shirley Padmore Mensah, U.S. Magistrate Judge

*Printed name and title*